**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George Allen WARD, Defendant— Appellant.**

**No. 07–6064.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 2, 2007.

George Allen Ward, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Allen Ward seeks to appeal the district court's order denying his motions for reduction of sentence under 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2006), and to compel the government to file a motion under Fed.R.Crim.P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ward,* No. 4:94–cr–00070– HCM (E.D.Va. Nov. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*